United States District Court
Southern District of Texas
**ENTERED**
February 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § SHYANNE EDRINGTON § aka LAURA HALL § Defendant. § § § § § § § § § § § | CRIMINAL NO: 4:22-CR-33-S1 **SEALED** <br><br> **Sealed** <br> Public and unofficial staff access to this instrument are prohibited by court order |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>SUPERSEDING INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

SHYANNE EDRINGTON aka LAURA HALL

■ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on February 15, 2022.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE