UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                              Case Number: 4:22−cr−00033

Shyanne Edrington

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  11/1/2022

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:    October 7, 2022

                                                                                Nathan Ochsner, Clerk